## RICHARD KYLEY vs. SLOOP Hopewell, 1751

Mar Howard Jr. for Almy

COLONY OF RHODE ISLAND ETC. At a Court of Vice Admiralty Held at Newport in the Colony afores<sup>d</sup> on Saturday the Third of August A. D. 1751 at Ten o Clock

Present the Honorable Sam<sup>ll</sup> Wickham Esq<sup>r</sup> Deputy Judge
The Court being opened